# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Contractors Bonding and Insurance Company,<br><br>          Plaintiff,<br><br>v.<br><br>Trinity Kitchen and Bath LLC, et al.,<br><br>          Defendants. | No. CV-24-00459-TUC-AMM (LCK)<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Dismiss with Prejudice. (Doc. 29.) Having reviewed the stipulation and good cause appearing,

**IT IS ORDERED** that the Stipulation to Dismiss with Prejudice is **GRANTED**. (Doc. 29.) This matter is **DISMISSED WITH PREJUDICE** with each party to bear its own attorney's fees and costs. The Clerk of Court shall docket accordingly and close this case.

Dated this 29th day of July, 2025.

Honorable Angela M. Martinez
United States District Judge